IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                                  CRIMINAL NO. 2:19-cr-10-KS-MTP

JOSEPH L. WILEY, II

## FINAL ORDER OF FORFEITURE

Before the Court, is the United States of America's Motion for a Final Order of Forfeiture [66].   Having reviewed said motion, the Court finds that it is well taken and should be GRANTED.   In support of its ORDER, the Court finds as follows:

On September 24, 2020, this Court entered a Preliminary Order of Forfeiture [40] ordering Defendant **JOSEPH L. WILEY, II** to forfeit $300,000 United States Currency.

As the Defendant failed to pay the $300,000 United States Currency at the time of sentencing, the Court hereby enters a **$300,000 money judgment**; and no ancillary hearing is required since the forfeiture provides for a money judgment; and the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(c) and 28 U.S.C. § 2461(c).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a **$300,000 money judgment,** is hereby forfeited to the United States of America pursuant to 18 U.S.C. §§ 981(a)(1)(c) and 28 U.S.C. § 2461(c).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction

in the case for the purpose of enforcing this Order.

IT IS FURTHER ORDERED that this order will be enrolled in all appropriate Judgment

Rolls.

SO ORDERED, this, the __3rd___ day of ___January_____, 2022.


___s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE